D/E

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------- X
DOV LOWENBEIN,

                Plaintiff,

-against-

R&R PROFESSIONAL RECOVERY, INC.,

                Defendants.
----------------------------------------------------------------- X

12-CV-6269 (ARR) (RLM)

<u>NOT FOR ELECTRONIC OR PRINT PUBLICATION</u>

<u>ORDER</u>

ROSS, United States District Judge:

      The court has received the Report and Recommendation on the instant case dated May 9, 2013, from the Honorable Roanne L. Mann, United States Magistrate Judge. No objections have been filed. Accordingly, the court has reviewed the Report and Recommendation for clear error on the face of the record. <u>See</u> Advisory Comm. Notes to Fed. R. Civ. P. 72(b); <u>accord</u> <u>Brissett v. Manhattan & Bronx Surface Transit Operating Auth.</u>, No. 09-CV-1930682 (CBA) (LB), 2011 WL 1930682, at *1 (E.D.N.Y. May 19, 2011). Having reviewed the record, I find no clear error. I hereby adopt the Report and Recommendation, in its entirety, as the opinion of the Court pursuant to 28 U.S.C. § 636(b)(1).

      This action shall be dismissed without prejudice pursuant to Federal Rule of Civil Procedure 4(m), and the Clerk of Court is directed to close the case.

      SO ORDERED.

                                    s/ ARR

                                    Allyne R. Ross
                                    United States District Judge

Dated:    May 31, 2013
             Brooklyn, New York